UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GENZYME CORPORATION, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> HERITAGE PHARMA LABS, INC., *et al.* <br><br> Defendants. | Civ. Action No. 1:14-CV-5975 |

### STIPULATION AND ORDER OF DISMISSAL

Plaintiffs Genzyme Corporation, Southern Research Institute and sanofi-aventis US LLC and Defendants Heritage Pharma Labs Inc. (formerly known as Emcure Pharmaceuticals USA, Inc.) and Emcure Pharmaceuticals Ltd., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims and counterclaims, defenses, motions and petitions asserted in this Action are dismissed without prejudice;

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

3. The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order;

4. This Court retains jurisdiction over the parties for purposes of enforcing this Stipulation and Order; and

5. This Stipulation and Order shall finally resolve the Action between the parties.

CONNELL FOLEY LLP

*Liza M. Walsh*

Liza M. Walsh
Christine T. Gannon
One Newark Center
1085 Raymond Blvd., 19th Floor
Newark, New Jersey 07102
Tel: (973) 757-1100

*Attorneys for Plaintiffs*

Dated: August 7, 2015

BLANK ROME LLP

Gary J. Ruckelshaus
301 Carnegie Center, 3rd Floor
Princeton, New Jersey 08540
Tel: (609) 750-7700
Fax: (609) 750-7701

*Attorneys for Defendants*

Dated: August 4, 2015

The Clerk of the Court is directed to enter this Stipulation and Order forthwith.

SO ORDERED:

This 11th day of August, 2015.

The Clerk of Court is hereby ordered to CLOSE THIS FILE.

HON. JOSEPH E. IRENAS
UNITED STATES DISTRICT JUDGE